LINK 23

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HARRITY,<br><br>Plaintiff,<br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-CV-00843-HDV-E<br><br>District Judge: Hernan D. Vera<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: 11/04/26

Honorable Hernan D. Vera
UNITED STATES DISTRICT JUDGE